THEODORE YOUNG et al., Appellants, *v.* STATE OF NEW YORK, Respondent. (Claim No. 28929.)

Argued June 6, 1952; decided July 15, 1952.

*Harold E. Blodgett, Loren W. Lillis* and *Donald Smith* for appellants.

*Nathaniel L. Goldstein, Attorney-General (John R. Davison* and *Wendell P. Brown* of counsel), for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.